■ In the Matter of JAMES McKELVEY, Appellant, v WALTER

SULLIVAN, as Superintendent of the Skaneateles Central School District, et al., Respondents.—Appeal unanimously dismissed without costs. Memorandum: The order is not appealable as of right but only by permission, proof of which does not appear in the record (CPLR 5701 [b] [1]; [c]). Were we to reach the merits, we would affirm. (Appeal from order of Supreme Court, Onondaga County, Miller, J.—art 78.) Present —Dillon, P. J., Callahan, Boomer, Balio and Schnepp, JJ.